# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ADRIANE JEFFERSON, individually and on behalf of all others similarly situated, *Plaintiff*, v. CREDIT ONE BANK, N.A., *Defendant*. | No. 21 C 532<br>Judge Virginia M. Kendall |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant (s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of Defendant(s) CREDIT ONE BANK, N.A

and against Plaintiff(s) ADRIANE JEFFERSON
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a Motion to compel arbitration and dismiss complaint.

Date: 10/20/2021          Thomas G. Bruton, Clerk of Court

/s/Lynn Kandziora , Deputy Clerk